UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITSCHAK MADAR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, d/b/a BMW Financial Services; HYUNDAI CAPITAL AMERICA, d/b/a Hyundai Motor Finance; VOLVO CAR FINANCIAL SERVICES U.S., LLC, d/b/a Volvo Car Financial Lease and Volvo Car Financial Services; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC,<br>　　　　　Defendants. | Case No.: 1:18-cv-07386-JSR<br><br>NOTICE OF SETTLEMENT<br><br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/5/18 |

　　　　NOTICE IS HEREBY GIVEN that Plaintiff Itschak Madar, and Defendants BMW of North America, LLC, d/b/a BMW Financial Services ("BMW") and TransUnion, LLC ("TransUnion") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter, as to BMW and TransUnion only. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

SO ORDERED
/s/ Jed S. Rakoff
USDJ
11-3-18

-1/2-

Respectfully submitted this 26th day of October 2018.

*/s/Daniel C. Cohen*
Daniel C. Cohen, NY #5481460
COHEN & MIZRAHI, LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
T: (929) 475-4175
F: (929) 475-4195
E: dan@cml.legal

David A. Chami, AZ #027585
(Admitted *pro hac vice*)
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff*
*Itschak Madar*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Elizabeth Nanez*